# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131415

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 131415
                                   COA: 269303
                                   Oakland CC: 2004-197498-FH;
                                                     2004-197499-FH

ROBERT BAKER SMITH,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006                                   _____
                                                         Clerk

l0918